IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KIMBERLI WILLIAMS                                                                                       PLAINTIFF

VS                                                                                       CAUSE NO.:4:11CV3-P-S

PINES TRAILER CORPORATION,
PINES TRAILER LIMITED PARTNERSHIP,
GREAT DANE LIMITED PARTNERSHIP,
CONTINENTAL CASUALTY COMPANY, AND
GALLAGHER BASSETT SERVICES, INC.                                                  DEFENDANTS

## ORDER

This matter is before the court on the motion of the plaintiff to compel Richard M. Edmondson, Jr., Esquire (#68) to: 1) answer proposed areas of inquiry and specific questions at a deposition to be reconvened following its having been previously recessed by plaintiff ; and 2) to produce his legal file regarding representation in the worker's comp matter out of which this action arises. The court, having reviewed the record, the motions and having heard oral argument, finds as follows:

For the reasons announced by the court on the record at the conclusion of the parties' oral argument on October 20, 2011, and specifically on the basis that the matters of proposed inquiry or production set forth in the motion to compel are subject to attorney client and work product privileges, and /or are matters calling for the rendition of legal opinions, the court finds that the motion is not well taken and shall be **DENIED**.

SO ORDERED, this the 20th day of October 2011.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE